Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−18690−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anthony M. Galle
  PO Box 211
  172 Rt 31
  Hampton, NJ 08827−0211

Social Security No.:
  xxx−xx−8202

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/23/16.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 23, 2016
JJW: dmi

James J. Waldron
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                                  Case No. 16-18690-CMG
Anthony M. Galle                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Dec 23, 2016
                              Form ID: 148             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2016.
```
db             #Anthony M. Galle,   PO Box 211,   172 Rt 31,   Hampton, NJ  08827-0211
lm              Ocwen Loan Servicing, LLC,   PO Box 24738,   West Palm Beach, FL  33416-4738
516158718      +ACS Educational,   2505 South Finley Rd,   Lombard, IL 60148-4867
516158719       Action Card,   PO Box 650310,   Dallas, TX 75265
516158720       American Express,   PO Box 23009,   Columbus, GA 31902
516158729      +CMRE,   3075 E Imperial HWY,   Brea, CA 92821-6753
516158727       Citi Financial,   PO Box 9018,   Des Moines, IA 50368
516158735      +GPU,   Capital Collection,   PO Box 150,   West Berlin, NJ 08091-0150
516395345       HUNTERDON MEDICAL CENTER,   C/O CCCB,   PO BOX 336,   RARITAN, NJ 08869-0336
516158736       Hackettstown Community Hosp,   PO Box  5075,   Hackettstown, NJ 07840
516158738      +Hunterdon Medical Center,   PO Box 48096,   Newark, NJ 07101-4895
516158740      +IRS,   PO Box 931000,   Louisville, KY 40293-1000
516158742      +NCO,   PO Box 61247,   Virginia Beach, VA 23466-1247
516158741      +National Recovery Agency,   4201 Crums Mill Rd,   Harrisburg, PA 17112-2893
516158743      +New Century,   Attn Pressler and Presseler,   7 Entin Rd,   Parsippany, NJ 07054-5020
516391260      +New Century Financial Services, Inc.,   c/o Pressler and Pressler, LLP.,   7 Entin Road,
                 Parsippany NJ 07054-5020
516158744      +Ocwen,   PO Box 24738,   West Palm Beach, FL 33416-4738
516158745      +Pegasus Emergency Group,   PO Box 5075,   Cherry Hill, NJ 08034-5075
516158746      +REmex,   307 Wall Street,   Princeton, NJ 08540-1515
516158748       University of Pa,   34 and Spruce St,   Philadelphia, PA 19104
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 23 2016 22:37:58     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 23 2016 22:37:55     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516343051       EDI: BECKLEE.COM Dec 23 2016 22:28:00     American Express Centurion Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516158722      +EDI: CAPITALONE.COM Dec 23 2016 22:28:00     Capital One,   PO Box 85147,
                 Richmond, VA 23276-0001
516158723      +E-mail/Text: bankruptcy@certifiedcollection.com Dec 23 2016 22:37:48
                 Certified Credit and Collection,   PO Box 336,   Raritan, NJ 08869-0336
516158728       EDI: CITICORP.COM Dec 23 2016 22:28:00     Citibank,   PO Box 8105,
                 South Hackensack, NJ 07606
516158733      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 23 2016 22:38:39     Comcast,
                 800 Rahway Ave,   Union, NJ 07083-6691
516158734       EDI: RCSDELL.COM Dec 23 2016 22:28:00     Dell,   PO Box 4125,   Carol Stream, IL 60197
516215424       EDI: IRS.COM Dec 23 2016 22:28:00     Department of the Treasury,   Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
516391854       E-mail/Text: bankruptcy.bnc@ditech.com Dec 23 2016 22:37:43     Ditech Financial LLC,
                 fka Green Tree Servicing LLC,   c/o Ditech Financial LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516158737      +E-mail/Text: barbara.pawski@atlantichealth.org Dec 23 2016 22:38:24
                 Hackettstown Regional Medical,   PO Box 864,   Mahwah, NJ 07430-0864
516158739      +E-mail/Text: kristina.gutjahr@hunterdonradiology.com Dec 23 2016 22:39:07
                 Hunterdon Radiology,   PO Box 5388,   Clinton, NJ 08809-0388
516158747      +E-mail/Text: bankruptcydepartment@tsico.com Dec 23 2016 22:38:54     Transworld Systems,
                 2235 Mercury Way,   Santa Rosa, CA 95407-5473
                                                                                              TOTAL: 13
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516158721*      American Express,   PO Box 23009,   Columbus, GA 31902
516158730*     +CMRE,   3075 E Imperial HWY,   Brea, CA 92821-6753
516158731*     +CMRE,   3075 E Imperial HWY,   Brea, CA 92821-6753
516158732*     +CMRE,   3075 E Imperial HWY,   Brea, CA 92821-6753
516158724*     +Certified Credit and Collection,   PO Box 336,   Raritan, NJ 08869-0336
516158725*     +Certified Credit and Collection,   PO Box 336,   Raritan, NJ 08869-0336
516158726*     +Certified Credit and Collection,   PO Box 336,   Raritan, NJ 08869-0336
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 23, 2016
                              Form ID: 148             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2016 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Andre L. Kydala    on behalf of Debtor Anthony M. Galle kydalalaw@aim.com,  kydalalaw@aim.com
          Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
                                                                                             TOTAL: 4
```